United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 8, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-30556
Summary Calendar

LARRY GREEN

                    Plaintiff - Appellant

     v.

WILLIAM E TILLEY, Etc.; ET AL

                    Defendants

JOHN S CRAFT, Sheriff; DANNY HUNT

                    Defendants - Appellees

--------------------
Appeals from the United States District Court
for the Western District of Louisiana
USDC No. 2:04-CV-819
--------------------

Before KING, Chief Judge, and BARKSDALE and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

     In this pro se civil rights case, Larry Green challenges the
district court's orders setting aside the entry of default
judgments.  Green has filed a motion for an emergency protective
order and a motion to sever the appeal.  These motions are
DENIED.

--------

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We do not have jurisdiction to review the district court's orders setting aside the entry of the default judgments as neither of these orders is a final order nor an appealable interlocutory or collateral order.  See 28 U.S.C. §§ 1291, 1292; see also Adult Film Ass'n of America, Inc. v. Thetford, 776 F.2d 113, 115 (5th Cir. 1985).  Accordingly, Green's appeal from these orders is DISMISSED for lack of jurisdiction.

DISMISSED FOR LACK OF JURISDICTION; MOTIONS FOR EMERGENCY PROTECTIVE ORDER AND TO SEVER APPEAL DENIED.